Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wonsey , Cheryl D

Printed: 02/24/09

Case Number:  08 B 18133
Judge:  Wedoff, Eugene R
Filed:  7/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 18, 2008
Confirmed: September 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,895.09 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,704.58 |
| Trustee Fee: |  | 190.51 |
| Other Funds: |  | 0.00 |
| Totals: | 2,895.09 | 2,895.09 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,141.50 | 2,704.58 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 16,108.90 | 0.00 |
| 7. | Nordstrom | Unsecured | 811.24 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 165.00 | 0.00 |
| 9. | RJM Acquisitions LLC | Unsecured | 71.43 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 595.78 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 931.99 | 0.00 |
| 12. | Wells Fargo Financial Bank | Unsecured | 1,784.31 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 645.11 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 866.23 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 493.32 | 0.00 |
| 16. | Capital One Auto Finance | Secured |  | No Claim Filed |
| 17. | Direct Merchants Bank | Unsecured |  | No Claim Filed |
| 18. | Citibank | Unsecured |  | No Claim Filed |
| 19. | Countrywide Home Loans Inc. | Unsecured |  | No Claim Filed |
| 20. | Capital One Auto Finance | Unsecured |  | No Claim Filed |
| 21. | DSNB | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,614.81 | $ 2,704.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wonsey , Cheryl D

Printed: 02/24/09

Case Number: 08 B 18133
Judge: Wedoff, Eugene R
Filed: 7/15/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 37.38 |
| 6.6% | 153.13 |
|  | $ 190.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*